# UNITED STATES BANKRUPTCY COURT
## FOR THE
## DISTRICT OF NEW HAMPSHIRE

In re:                                              BK No. 05-15374-MWV
                                                    Chapter 7
Michel Roland Brault,
        Debtor


Peerless Insurance Company,
        Plaintiff


v.                                                  ADV No. 06-1030-MWV

Michel Roland Brault,
        Defendant



# DOCUMENT FILED UNDER SEAL



## MEMORANDUM OPINION




### CERTIFICATE OF SERVICE

I, Mary Jane Coutu,  hereby certify that on this 17th day of January 17, 2007,I
caused a copy of the foregoing Order to be served via first class mail on the
following: Debtor, Debtor's counsel, the Chapter 7 Trustee, Peerless Insurance
Company and their counsel and Geraldine Karonis, Esq., Asst. U.S. Trustee.


                                    /S/ Mary Jane Coutu

Jennifer Rood
Bernstein Shur
670 N. Commercial St., Ste 108
PO Box 1120
Manchester, NH 03105-1120

Peerless Insurance Company
35 Dickinson Road
Keene, NH 03431

Michel Roland Brault
305 Eaton Road
Freedom, NH 03836

Olga L. Bogdanov
Trustee
Murtha Cullina LLP
99 High Street
Boston, MA 02110

Office of the U.S. Trustee
66 Hanover Street
Suite 302
Manchester, NH 03101

Terrie Harman
59 Deer Street
Suite 1B
Portsmouth, NH 03801